UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 22-1182

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | Magistrate Case No. 9956380 (Class A) |
| v. | ] | |
| EVGENY V. SEMENOV | ] | Offense on a Federal Reservation |

BEFORE the **Honorable Matthew J. Skahill,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson**, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **2nd day of August 2022**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**EVGENY V. SEMENOV** did commit:

Possession of a Firearm in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED VIA ZOOM PURSUANT TO RULE 4.1, FEDERAL RULES OF CRIMINAL PROCEDURE ON OCTOBER 20, 2022.**

**HONORABLE MATTHEW J. SKAHILL**
**United States Magistrate Judge**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Aug 02, 20 20 while exercising my duties as a law enforcement officer in the JBMDL District of NJ

The defendant entered checkpoint #9 to obtain a visitors pass. As a matter of protocol, the defendant was asked if he had any firearms or weapons in his vehicle. The defendant proceeded to lane 3 of the commercial vehicle inspection gate. The defendant was instructed to open up all copartments of their vehicle and proceed to the waiting area, to which he complied. During the course of the inspection a weapon was found inside the vehicle. The weapon was subsequently seized and secured. The defendant was apprehended.

The foregoing statement is based upon:

- [x] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/02/2022 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 08/16/2022 9:30